## PITTSBURGH, CINCINNATI, CHICAGO AND ST. LOUIS RAILWAY COMPANY *v.* STAGG.

[No. 23,203.   Filed December 20, 1918.]

From Marion Superior Court (100,721); *John J. Rochford,* Judge.

Action by Emmet Stagg against the Pittsburgh, Cincinnati, Chicago and St. Louis Railway Company. From a judgment for plaintiff, the defendant appeals. *Reversed.*

*Samuel O. Pickens, Charles W. Moores, R. F. Davidson, Owen Pickens, C. B. Heiserman* and *E. H. Seneff,* for appellant.
*Pliny W. Bartholomew,* for appellee.

SPENCER, J.—The issues presented by this appeal are identical with those which were considered in *Pittsburgh, etc., R. Co.* v. *Miller* (1918), *ante* 684, 119 N. E. 801, and, on the authority of that decision, we hold in this case that the trial court erred in sustaining appellee's demurrer to appellant's fifth paragraph of answer.

Judgment reversed, with instructions to overrule the demurrer to said fifth paragraph of answer, and for further proceedings not inconsistent herewith.

---

## STATE OF INDIANA *v.* DAUSMAN.

[No. 23,023.   Filed June 1, 1917.   Rehearing denied December 20, 1918.]

From Sullivan Circuit Court; *William H. Bridwell,* Judge.

Prosecution by the State of Indiana against G. Michael Dausman. From a judgment quashing the indictment, the state appeals. *Reversed.*

*Evan B. Stotsenberg,* Attorney-General, and *Martin L. Pigg,* for the state.
*Cunningham & Ortmeyer* and *Hunt & Gambill,* for appellee.

HARVEY, J.—The same questions are presented by this appeal that were decided in *State* v. *Fairbanks* (1918), *ante* 648, 115 N. E. 769. On authority of said decision the judgment herein is reversed.